UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 26 AM 11:55

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| RICHARD R. PENA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 97-145 |
| UNITED STATES OF AMERICA | * | SECTION "L" |

**ORDER**

IT IS ORDERED that the Defendant's Motion for Reconsideration of the Order Issued January 5, 2007 (Rec. Doc. 1445) and the Defendant's Request for Clarification of the Court's Authority (Rec. Doc. 1446) are hereby DENIED.

"Federal courts may impose sanctions necessary or warranted to control its docket, maintain the orderly administration of justice and protect against abuse of the judicial system and its resources." *United States v. Francis*, 2006 WL 3328035, at *3 (W.D. La. Nov. 15, 2006) (citing *Cureaux v. United States*, 124 Fed. Appx. 826, 827 (5th Cir. 2005). IT IS ORDERED that the Defendant is required to pay a $100.00 filing fee for any future pleadings to this Court challenging his January 14, 1999 guilty plea or his March 11, 1999 sentencing. The Clerk of Court is instructed to immediately return all such pleadings to the Defendant prior to docketing if unaccompanied by a $100.00 filing fee. *See Francis*, 2006 WL 3328035 (imposing similar sanctions in light of defendant's numerous repetitive, and legally baseless pleadings).

New Orleans, Louisiana, this __22nd__ day of June, 2007.

UNITED STATES DISTRICT JUDGE

cc: Clerk of Court

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____